The People of the State of Illinois, Plaintiff-Appellee, *v.* Gene Williams, Defendant-Appellant.

(No. 74-301;

Fifth District—June 17, 1975.

Opinion by Mr. JUSTICE G. MORAN.

Stephen P. Hurley, of State Appellate Defender's Office, of Mt. Vernon (Ingrid Williams, Research Assistant), for appellant.

Donald E. Irvin, State's Attorney, of Mt. Vernon (Bruce D. Irish, of Illinois State's Attorneys Association, of counsel), for the People.